IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
        v.                    )          2:17cr482-MHT
                              )              (WO)
ERNEST LEE RHODES             )

ORDER

It is ORDERED that:

(1) The motion to dismiss (Doc. 908) is granted.

(2) The revocation petition (Doc. 642) is dismissed.

(3) Defendant Ernest Lee Rhodes's term of supervised release is terminated, and said defendant is discharged.

DONE, this the 30th day of July, 2021.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE